# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-931

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

---

## Title
_____

Title of Work: Tropical Watermelon Glitter #4

## Completion/Publication
_____

Year of Completion: 2020
Date of 1st Publication: June 30, 2020
Nation of 1st Publication: Germany

## Author
_____

- Author: Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  Author Created: 2-D artwork
  Work made for hire: Yes

## Copyright Claimant
_____

Copyright Claimant: Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

---

## Rights and Permissions
_____

Organization Name: Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
Email: anitasbellasart@gmail.com
Address: Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification
_____

Name: David Denholm
Date: April 19, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## VA 2-405-847

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

---

## Title

**Title of Work:** Agate Glitter Glam #16

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 20, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

---

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-842

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

---

## Title

**Title of Work:** Emerald Green Black Gold Marble #1

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 22, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-405-912

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

---

## Title

**Title of Work:** Liquid Malachite Glitter Dream #1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 08, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Author Created:** 2-D artwork
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

---

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-405-848

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Yin Yang Agate Glitter Glam #8 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 22, 2020 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| ● **Author:** | Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork |
| | Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork |
| **Email:** | anitasbellasart@gmail.com |
| **Address:** | Jantz & Jantz GbR |
| | Implerstr. 29 |
| | Munich 81371 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 19, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-917

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

---

## Title
_____

Title of Work:   Ink Agate Gold Glitter Glam #2

## Completion/Publication
_____

Year of Completion:   2022
Date of 1st Publication:   November 22, 2022
Nation of 1st Publication:   Germany

## Author
_____

- Author:   Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Author Created:   2-D artwork
Work made for hire:   Yes

## Copyright Claimant
_____

Copyright Claimant:   Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions
_____

Organization Name:   Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
Email:   anitasbellasart@gmail.com
Address:   Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification
_____

Name:   David Denholm
Date:   April 19, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-853

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

---

## Title
           **Title of Work:**  Liquid Marble Glitter Glam #1

## Completion/Publication
           **Year of Completion:**  2020
      **Date of 1st Publication:**  June 12, 2020
    **Nation of 1ˢᵗ Publication:**  Germany

## Author
                •     **Author:**  Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
         **Author Created:**  2-D artwork
      **Work made for hire:**  Yes

## Copyright Claimant
      **Copyright Claimant:**  Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
                         Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions
      **Organization Name:**  Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
                 **Email:**  anitasbellasart@gmail.com
            **Address:**  Jantz & Jantz GbR
                      Implerstr. 29
                      Munich 81371 Germany

## Certification
                **Name:**  David Denholm
                 **Date:**  April 19, 2024

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-325

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title
_____

Title of Work: Tropical Jungle Leaves Pattern #4

## Completion/Publication
_____

Year of Completion: 2018
Date of 1st Publication: February 12, 2018
Nation of 1st Publication: Germany

## Author
_____

- Author: Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  Author Created: 2-D artwork
  Work made for hire: Yes

## Copyright Claimant
_____

Copyright Claimant: Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions
_____

Organization Name: Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
Email: anitasbellasart@gmail.com
Address: Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification
_____

Name: David Denholm
Date: April 19, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-305

**Effective Date of Registration:**
April 19, 2024

**Registration Decision Date:**
July 19, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Black & Teal Ink Waves with Gold #1 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 08, 2020 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| **• Author:** | Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork<br>Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork |
| **Email:** | anitasbellasart@gmail.com |
| **Address:** | Jantz & Jantz GbR<br>Implerstr. 29<br>Munich 81371 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 19, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-845

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

---

## Title
           **Title of Work:** Gray Black White Agate with Rose Gold Glitter #1

## Completion/Publication
           **Year of Completion:** 2018
      **Date of 1st Publication:** June 27, 2018
    **Nation of 1ˢᵗ Publication:** Germany

## Author
           •       **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
        **Author Created:** 2-D artwork
    **Work made for hire:** Yes

## Copyright Claimant
      **Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
                                Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions
      **Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
              **Email:** anitasbellasart@gmail.com
          **Address:** Jantz & Jantz GbR
                      Implerstr. 29
                      Munich 81371 Germany

## Certification
           **Name:** David Denholm
            **Date:** April 19, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-918

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

---

## Title

**Title of Work:**   Dark Violet Marble Agate Gold Glitter Glam #1

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   April 13, 2021
**Nation of 1st Publication:**   Germany

## Author

● **Author:**   Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Author Created:**   2-D artwork
**Work made for hire:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:**   Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:**   anitasbellasart@gmail.com
**Address:**   Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:**   David Denholm
**Date:**   April 19, 2024

