**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANTZ & JANTZ GBR D/B/A ANITA'S & BELLA'S ART/ARTWORK, | Civil Action No. |
| Plaintiffs, | 25-cv-01705 |
| v. | (Judge Hornak) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 1 | Roncustomenjoy |
| 18 | QINGSHENMA |
| 19 | FVPSORBAT |
| 28 | XiiYuuJii |
| 31 | weiyinhe |
| 43 | song jia kai |
| 45 | SanderSunyun |
| 46 | FANG HANG DIAN ZI |
| 50 | WeiQiSen Co., LTD |
| 51 | WEIHQ |
| 53 | WUOIAOW |
| 54 | The Berea Company |
| 56 | XFkager |
| 68 | Fashion Beauty Thea |
| 69 | Bonnie HOII |
| 70 | XIEJINGJING CLOTHING |

| 100 | MY Yongfa Home Textiles |
| 105 | Nyfariy Local |
| 185 | double BB home |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: May 4, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -