# Schedule "A"

## Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 2 | SeeMia | A3NNM0X0X1M9HR |
| 3 | Yinyigong | AE5JENGQR1Q6U |
| 4 | FenZhiMiaoXin | A1Y2JGRIG17TDX |
| 5 | LSBAO | A3MT2FQ0SBU4WK |
| 6 | DIanShi | A3URJ24G5BPXZC |
| 7 | XiAnShunXingYuanShangMaoYouXianGongSi | A3N3JHHBDYAINP |
| 8 | MianYangShiXinMingKeJiYouXianGongSi | A2WNPI7Y9MPEOW |
| 9 | Decsth | ASAOWRW6T7QBW |
| 10 | Sunnycree-US | A1RMPGDQKDXKT0 |
| 11 | yunchengshiyanhuquchenghengshangmaoyouxiangongsi | A1JC6TF4YZW9Z3 |
| 12 | SASUDOKAQLW | A33ZZ9SGZ00Q58 |
| 13 | danchengxianaifeishangmaoyouxiangongsi | A1XHAMV140D63S |
| 14 | belikeprly | AERP6SAJ9VM5D |
| 15 | lilinfuzhuang | AKYMH2PI0Q4J8 |
| 16 | 🔥 xiangyuan Fashion Store 🔥 | A6IQJEXIJNUF2 |
| 17 | Aifangxingafx | A14BOWPZZP59WU |
| 20 | PHUCAN123 | A2VE0V7DJLRWB1 |
| 21 | NGUYEN THI PHUONG 0512 | A2BMV7MJ3OVPRI |
| 22 | CONGHOAN2203 | A9FFNNU612AJE |
| 23 | ihtha | A2IJ3J8Q893TVX |
| 24 | QianXiawu | A30RMM4K3K1DG5 |
| 25 | Luhylyana | A1214NJOV6GNHD |
| 26 | Cidaefan | A3EMZJDYGVPQ1I |
| 27 | Zonewis | A1ZTHYRTI90TNR |
| 29 | TTBDWiian | ATXW8QFZZWC28 |
| 30 | TMJSPOYOU ✈Lightning deals of today | A1VXR2MB1EV6I7 |
| 32 | Xiaoxu Clothing Trading | A3PT1AXDTNLEMH |
| 33 | Cuipanoandnz | A3S0S2W0TEKBV7 |
| 34 | Fcingo | A3N31CGF6PBP8P |
| 35 | YANGCHENGHG | A3K6EPYL2VKMT9 |
| 36 | AOLIPU Rug Store | A35DNDQ7AFMLDH |
| 37 | PuYangYouZhuoWangLuoKeJiYouXianGongSi | AWUEDF16VR01T |
| 38 | QianXu123 | A1HZ4O7TSOVYCW |
| 39 | LisaPi | A2RQ5XPQFLXPPI |
| 40 | UYEAJNP(Sales Clearance 80-90% off) | A1UOIGP2YPS8SI |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 41 | PENGACHENG【DEALS OF THE DAY CLEARANCE】 | AW1VLGTGPXIIQ |
| 42 | cldedian | A18CYOCDPL4ON0 |
| 44 | JoeYuuz | A96RYDFSOKDU6 |
| 47 | JINANANJIAYINGSHANGMAOYOUXIANGONGSI | A1PZS6XLJL3NTE |
| 48 | RunQiJianZhuLaoWu | A2I712WIL81QLB |
| 49 | BaiShunNongJi | A2DV6XUEN80O1E |
| 52 | ChangSha Lizhi LLC | 101632057 |
| 55 | Wanneng Shop | 101617178 |
| 57 | Sun with Moon | 101623826 |
| 58 | SHEYON BEAUTY INC | 101695483 |
| 59 | DianHeYing | 102504565 |
| 60 | MGVDGGFDF | 102781990 |
| 61 | QYOY TOY INC | 101692667 |
| 62 | Fuyao Hangsheng | 101675416 |
| 63 | Xianningyxgsltd | 101676630 |
| 64 | GXIPO | 102480834 |
| 65 | xueqianshangmao | 102738947 |
| 66 | FUFUQING | 634418213393679 |
| 67 | IQW | 634418212185489 |
| 71 | Chroma Art | 634418218965288 |
| 72 | One alkyne | 634418217694506 |
| 73 | Bingbing Liang wall art | 634418219489968 |
| 74 | Amelia Painting Shop | 634418219107582 |
| 75 | Verdant TPB | 634418219840659 |
| 76 | XIEJINGJING CLOTHING | 634418218828265 |
| 77 | PatternPalette Wallpapers | 634418216592629 |
| 78 | Repel Traditional | 634418214105290 |
| 79 | Art Decoration Material Shop | 634418213520787 |
| 80 | Wall Art Home | 634418213868947 |
| 81 | Supply of Painting Art Materia | 634418211926636 |
| 82 | Cjbdg | 634418218349900 |
| 83 | Boutique New Shop | 634418212011713 |
| 84 | WildBoutique | 634418219726501 |
| 85 | HGORGEOUS | 634418220123201 |
| 86 | poetic year | 634418220358620 |
| 87 | ShopYL Local | 634418220608104 |
| 88 | Starlightisle case | 634418221916331 |
| 89 | Zoey Case | 634418221861418 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 90 | Bill decoration | 634418211359632 |
| 91 | Happy Cool posters | 634418220429828 |
| 92 | Aifzeight | 634418219920354 |
| 93 | NiceRug | 634418220718011 |
| 94 | Trendy Mats | 634418219017979 |
| 95 | myeeaaa | 634418220131892 |
| 96 | YUSON POSTER | 634418218282820 |
| 97 | Huitong Textile Factory | 634418218043032 |
| 98 | LIUHAOWEI | 634418219077074 |
| 99 | Kelaike local | 634418217215176 |
| 101 | Red Cat Home Decorationn | 634418218261017 |
| 102 | helloyan | 634418217944106 |
| 103 | AMCCHaomaido Home Textiles | 634418219417502 |
| 104 | Youlikeit poster | 634418216314002 |
| 106 | Art JJ shop Painting | 634418218748319 |
| 107 | D High decorative painting | 634418218332323 |
| 108 | Home of Posters | 634418218141529 |
| 109 | Boutique poster | 634418220488284 |
| 110 | Free spirit posters | 634418219317255 |
| 111 | Hertz Gallery | 634418219191560 |
| 112 | Nordica Art Decor | 634418210991444 |
| 113 | GLLTWO | 634418219622054 |
| 114 | Yangguan Poster | 634418219649523 |
| 115 | Home Decoration Painting Art | 634418219201047 |
| 116 | UT Gallery | 634418219191339 |
| 117 | WanmeiG | 634418219115076 |
| 118 | GHBHTWO | 634418220014832 |
| 119 | Dream Edge the best canvas | 634418219187600 |
| 120 | LYBHTWO | 634418219621228 |
| 121 | Finersay | 634418219524290 |
| 122 | JZTCTWO | 634418219640806 |
| 123 | This poster looks great | 634418218732626 |
| 124 | SAT Painting Gallery | 634418220667663 |
| 125 | Cano Gallery | 634418219199633 |
| 126 | Attire Mirage | 634418218241470 |
| 127 | WallWhimsy | 634418215923358 |
| 128 | Oil painting Xiao Wang | 634418219349495 |
| 129 | FF WALL ART | 634418219456080 |
| 130 | WWtemus | 634418219633918 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 131 | Dream of Freedom Painting | 634418219518223 |
| 132 | Building a base period | 634418219679621 |
| 133 | QQ zhihzi | 634418219458784 |
| 134 | XX Funky Gallery | 634418219461162 |
| 135 | LLnini | 634418219456843 |
| 136 | LLtemus | 634418219618560 |
| 137 | Qtemu | 634418219611791 |
| 138 | QQtemus | 634418219610935 |
| 139 | Artistic creator | 634418217232517 |
| 140 | Nebula Brushworks | 634418218863050 |
| 141 | Orange poster art | 634418220349181 |
| 142 | Rainbow bunny wall art | 634418219458909 |
| 143 | Kitty Wall Decor | 634418218199613 |
| 144 | Kuromii Wall Art | 634418220992576 |
| 145 | Oil painting merchant | 634418218408755 |
| 146 | Czichen Decorate | 634418218673109 |
| 147 | ThreadAura | 634418217906894 |
| 148 | DressShop | 634418221500108 |
| 149 | Happy Foodie Shack | 634418221494846 |
| 150 | FormaFrnish | 634418221491946 |
| 151 | Yuki Household Corner | 634418221493054 |
| 152 | WUXINGTIAN | 634418221218363 |
| 153 | FurnishFlavor | 634418221495149 |
| 154 | EcoNestLiving | 634418221493737 |
| 155 | Tsv life | 634418221491187 |
| 156 | Matwonderlife | 634418221494898 |
| 157 | GiftTee | 634418219318114 |
| 158 | R Art Garden | 634418218125148 |
| 159 | Dk Decorative painting | 634418217389982 |
| 160 | HXC Digital canvas painting | 634418221949185 |
| 161 | FNT Decorative painting | 634418218149310 |
| 162 | Preferred mural one | 634418219848580 |
| 163 | XGR ART | 634418222072497 |
| 164 | WJC ART | 634418222072108 |
| 165 | Decorative painting Sung | 634418221748393 |
| 166 | XFS ART | 634418222076089 |
| 167 | Decorative painting Sunf | 634418221748236 |
| 168 | Decorative Painting Suna | 634418220799461 |
| 169 | Decorative painting Sunc | 634418221747809 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 170 | Ziping oil painting shop | 634418219670395 |
| 171 | LT ART | 634418222071206 |
| 172 | super oil painter | 634418219530486 |
| 173 | Decorative painting Suni | 634418221765055 |
| 174 | Wall Art Shop | 634418211456063 |
| 175 | B Sincere Decorative painting | 634418218136133 |
| 176 | NyfairyMall | 634418219709853 |
| 177 | Mucci Fashion | 634418210094487 |
| 178 | TTTFashion | 634418218245540 |
| 179 | XINXINXIANGRONGQI | 634418219397343 |
| 180 | oudian | 634418210942230 |
| 181 | XHS Home Cu | 634418220086346 |
| 182 | XHS Home | 634418219729534 |
| 183 | WanderlustGoods | 634418220469525 |
| 184 | StyleSculpt | 634418217904167 |
| 186 | Dumpling Floor | 634418221492057 |
| 187 | Customized Beauty Diy | 634418218491133 |
| 188 | Home Craft Art | 634418213518438 |
| 189 | ProPicks Shop | 634418221210332 |
| 190 | SparkMart Shop | 634418221185831 |
| 191 | Heartfelt Finds | 634418221492032 |
| 192 | STENGFEI | 634418212025842 |
| 193 | note beat pro | 634418220591129 |
| 194 | FengNORA | 634418221427524 |
| 195 | Wanxie Home Textile Decoration | 634418215890849 |
| 196 | BLSZAR Shop | 634418221211344 |
| 197 | million A | 634418221841904 |
| 198 | ChromaTale | 634418221501219 |
| 199 | JIAHUIA | 634418219331794 |
| 200 | Goods Outlet For Shop | 634418212024308 |
| 201 | Zailin Life | 634418220873136 |
| 202 | PQL MAT | 634418218712237 |
| 203 | MintMagle Shop | 634418221210547 |